United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSICA PEREZ,

          Plaintiff,

      v.

LES VANDERPOOL, et al.,

          Defendants.

Case No.  15-cv-00248-HSG

**SCHEDULING ORDER**

A Case Management Conference in this action was held on May 5, 2015 before the undersigned.  The following deadlines are set:

| Event | Deadline |
|---|---|
| Last Day to Amend Pleadings | July 1, 2015 |
| Last Day to Complete Early Neutral Evaluation | July 31, 2015 |
| Close of Fact Discovery | September 25, 2015 |
| Last Day to Hear Dispositive Motions | October 29, 2015 |
| Pretrial Conference | February 16, 2016 |
| Trial | March 1, 2016 |

These dates may only be altered by order of the Court and only upon a showing of good cause.

**IT IS SO ORDERED.**

Dated:  6/2/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge