NANCY A. PALANDATI (SB # 169987)
LAW OFFICES OF NANCY A. PALANDATI
16129 Main Street, Unit B-138
Santa Rosa, CA 95446
Ph: (707) 222-3115
Fx: (707) 222-3115
Email: npalandati@palandatilaw.net

Attorney for Plaintiff Jessica Perez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JESSICA PEREZ, | Case No.: 15-cv-0248-HSG |
|---|---|
| Plaintiffs | |
| vs. | **STIPULATION OF DISMISSAL** |
| COUNTY OF SONOMA, a municipal corporation; JILL RAVITCH, in her capacity as District Attorney for the COUNTY OF SONOMA DISTRICT ATTORNEY'S OFFICE, LES VANDERPOOL, in his individual capacity and as an investigator for the COUNTY OF SONOMA DISTRICT ATTORNEY'S OFFICE and DOES 1 – 30, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1) with each party bearing their own fees and costs.

Dated:  October 28, 2015                SENNEFF FREEMAN & BLUESTONE, LLP

/s/ Bonnie A. Freeman
_____

_____
Stipulation for Dismissal

1

|   |   |
|---|---|
|   | Bonnie A. Freeman, Attorney for Defendants COUNTY OF SONOMA, JILL RAVITCH, COUNTY OF SONOMA DISTRICT ATTORNEY'S OFFICE, and LES VANDERPOOL |
| Dated: October 28, 2015 | LAW OFFICES OF NANCY A. PALANDATI |
|   | */s/ Nancy A. Palandati* |
|   | _____ |
|   | Nancy A. Palandati, Attorney for Plaintiff PEREZ |



APPROVED
Judge Haywood S. William Jr.

_____
Stipulation for Dismissal